IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LAURA C. FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 06-93-HO |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Claimant, Laura Ferguson, moves for an award of attorney fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $3622.50 for 22.5 hours of work at a rate of $161.00 per hour and $250.00 for the filing fee. The Commissioner does not contest the number of hours spent by Claimant's counsel, the hourly fee requested, or Claimant's contention that the Commissioner's position was not substantially justified.

Having reviewed the record, I find that the Commissioner's position was not substantially justified, and that the number of hours spent by Claimant's counsel and the hourly fee requested are reasonable under EAJA.

Claimant's motion (#26) for attorney fees and expenses under the EAJA is granted in the amount of $3872.50.

DATED this __11th__ day of May, 2007.

                                         __s/ Michael R. Hogan__
                                         United States District Judge